52 F.3d 313
 Robert George Burchill
v.
Douglas Kish, Scott R. Rehrig Michael Harbove, Donald K.
Macconnell, Arthur Spitko, Thomas Toth, South Whitehall
Township, Kelly Waldron, Robert Steinberg, Lehigh County
District Atty's Office, Lehigh County, Allentown
Hospital/Healtheast, Paul Gross, Dr., Clyde R. Bower, John
Doe, Richard Roe (Two Cases)
 NOS. 94-1878, 94-1903
 United States Court of Appeals,
Third Circuit.
 Mar 06, 1995
 
 Appeal From: E.D.Pa., No. 92-cv-02776,
 Van Antwerpren, J.
 
 
 1
 AFFIRMED.